UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
BROOK NY RESIDENTIAL LLC,                                     :
                                                              :     **ORDER REGULATING**
                                        Plaintiff,            :     **PROCEEDINGS**
                                                              :
        -against-                                             :     24 Civ. 5623 (AKH)
                                                              :
LIBERTY MUTUAL FIRE INSURANCE                                 :
COMPANY,                                                      :
                                                              :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Clerk of Court shall terminate ECF No. 35.

        SO ORDERED.


Dated:      March 27, 2026                          /s/ Alvin K. Hellerstein
            New York, New York                      ALVIN K. HELLERSTEIN
                                                    United States District Judge