UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOK NY RESIDENTIAL LLC, Plaintiff, -against- LIBERTY MUTUAL FIRE INSURANCE COMPANY ET AL, Defendants. | **ORDER REGULATING PROCEEDINGS** 24 Civ. 5623 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff shall file a schedule of damages, the categories of damage, and sufficient description of Plaintiff's claims entitling them to those damages by July 31, 2026. The filing will be considered a supplement to the pleadings, not requiring any answers.

SO ORDERED.

Dated: July 10, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge