**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BROOK NY RESIDENTIAL LLC,<br><br>Plaintiff,<br><br>-against-<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and SUFFOLK CONSTRUCTION COMPANY, INC.<br><br>Defendants. | Civil Action No.: 1:24-cv-05623-AKH<br><br>~~PROPOSED~~ **ORDER** |
| SUFFOLK CONSTRUCTION COMPANY, INC.,<br><br>Third-Party Plaintiff,<br><br>-against-<br><br>HOWARD SHAPIRO & ASSOCIATES CONSULTING ENGINEERS, P.C., LANGAN ENGINEERING, ENVIRONMENTAL, SURVEYING, LANDSCAPE ARCHITECTURE AND GEOLOGY, D.P.C., and TITAN INDUSTRIAL SERVICES CORP.,<br><br>Third-Party Defendants. | |
| LANGAN ENGINEERING, ENVIRONMENTAL, SURVEYING, LANDSCAPE ARCHITECTURE AND GEOLOGY, D.P.C.,<br><br>Second Third-Party Plaintiff,<br><br>-against-<br><br>KINGDOM ASSOCIATES, INC. and BIG APPLE GROUP NY, LLC,<br><br>Second Third-Party Defendants. | |

**THIS MATTER** having been opened to the Court by Finazzo Cossolini O'Leary Meola & Hager, LLC, attorneys for Defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual"), upon notice to Weg and Myers, P.C. attorneys for Plaintiff Brook NY Residential LLC,

Danner Sagan Law, LLC, attorneys for Defendant/Third-Party Plaintiff Suffolk Construction Company, Inc., Gordon Rees Scully Mansukhani, LLP, attorneys for Third-Party Defendant, Howard I Shapiro & Associates Consulting Engineers, P.C., Wood, Smith, Henning & Berman LLP, attorneys for Third-Party Defendant, Titan Industrial Services Corp., Manning Gross + Massenburg LLP, attorneys for Third-Party Defendant/Second Third-Party Plaintiff Langan Engineering, Environmental, Surveying, Landscape Architecture and Geology, D.P.C., and Kiernan Trebach LLP, attorneys for Second Third-Party Defendant, Kingdom Associates, Inc., for an Order granting Liberty Mutual's motion for leave to file an amended Answer, pursuant to Fed. R. Civ. P. 15(a); and the Court having reviewed the moving papers and any opposition and reply filed therein; and for good cause shown; and no opposition having been timely filed

**IT IS ON THIS** 22 **DAY OF** September **2026,**

**ORDERED** that Liberty Mutual's motion for leave to file an amended Answer is hereby **GRANTED**; and it is further

**ORDERED** that within seven (7) days of the entry of this Order, Liberty Mutual shall file its amended Answer to include its additional cross-claim.

HON. ALVIN K. HELLERSTEIN, U.S.D.J.