**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Brook NY Residential LLC,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**Liberty Mutual Fire Insurance Company, et al.,**<br><br>**Defendants.** | **1:24-cv-05623 (ALC) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 112.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court’s Individual Practices, available on the Court’s website at http://nysd.uscourts.gov/judge/Aaron.

It is hereby ORDERED that the parties shall file a joint letter on January 27, 2027 regarding the status of discovery.

**SO ORDERED.**

Dated: New York, New York
November 25, 2026

______________________________
STEWART D. AARON
United States Magistrate Judge